IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALISSA PERRY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:21-cv-301 |
| v. | ) | |
| | ) | |
| SAM'S EAST, INC., d/b/a SAM'S CLUB, | ) | The Honorable Susan Paradise Baxter |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON STIPULATION OF DISMISSAL**

AND NOW, this <u>27th</u> day of <u>February</u>, 2024, upon Stipulation of the parties, the above-captioned matter is dismissed with prejudice.

By the Court:

*Susan Paradise Baxter*, J.